National Metal Edge Box Company, Appellant, v. Darwin B. Gotham, Respondent.— Order of reversal entered herein on March 4, 1908, amended to read as follows: Ordered, that the judgment so appealed from be, and the same hereby is, reversed and a new trial ordered, with costs to appellant to abide the event, upon question of law and of fact.

Frank Bush, Respondent, v. International Paper Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Mary Searles, Respondent, v. William H. Craig and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

In the Matter of John W. Fisher, an Attorney and Counselor at Law.— Issues raised by the charges and answer thereto referred to William G. Tracy, Esq., an attorney and counselor residing at Syracuse, N. Y., to take proofs and report to the court, with his opinion.

In the Matter of George N. Bauder, an Attorney and Counselor at Law.— Issues raised by the charges and answer thereto referred to Hon. Elba Reynolds, an attorney and counselor residing at Belmont, N. Y., to take proofs and report to the court, with his opinion.

Electa R. Graves, Respondent, v. The Knights of the Maccabees of the World, Appellant.— It appearing that there are not four justices qualified to sit in this appeal, said appeal is ordered transferred to the Appellate Division of the third judicial department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure.

Aurelia Lawyer, Respondent, v. George A. Lawyer and Others, Appellants.— Motion to dismiss appeal denied, without costs. Held, that no relief can be granted here under general rule 41 until the case and exceptions are settled and filed, or have, by order of the Special Term, been declared abandoned.

In the Matter of the Petition of George L. A. Quirin, to Remove from Office Charles W. Carter, a Justice of the Peace of the Town of Olean, New York.— Order entered postponing proceedings under order to show cause until July 7, 1908, at two P. M.